IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| v. | § § | EP-11-CR-2587-DB-4 |
| FERNANDO BACA. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this day, the Court considered United States Magistrate Judge Robert Castaneda's ("Judge Castaneda") "Report & Recommendation" ("R & R"), ECF No. 174, filed on April 28, 2025. Therein, Judge Castaneda recommends this Court grant in part and deny in part Plaintiff United States of America's "Motion for Installment Payment Order," ECF No. 149. *Id.* at 1. Judge Castaneda further recommends "Defendant Fernando Baca be ordered to make monthly installment payments in the amount of $250.00 to the United States until the judgment, plus accrued interest, is fully satisfied." *Id.* at 4. Lastly, Judge Castaneda finally recommends "Defendant be required to submit his income every 90 days to the United States Department of Justice Financial Litigation Unit." *Id.*

No party filed any objections to this R&R within fourteen days to ensure this Court's *de novo* review of Judge Castaneda's order. Therefore, this Court reviews Judge Castaneda's R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1). Because this Court finds no clear error, the R&R is adopted in full.

Accordingly, **IT IS HEREBY ORDERED** that the United States Magistrate Judge Robert F. Castaneda's "Report and Recommendation," ECF No. 174, is **ADOPTED IN FULL.**

**IT IS FURTHER ORDERED** that Plaintiff United States of America's "Motion for Installment Payment Order," ECF No. 149, is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** Defendant Fernando Baca must make monthly installment payments in the amount of $250.00 to the United States until the judgment, plus accrued interest, is fully satisfied.

**IT IS FURTHER ORDERED** Defendant Fernando Baca is required to submit his income every 90 days to the United States Department of Justice Financial Litigation Unit.

**IT IS FINALLY ORDERED** that the District Clerk should mail a copy of this order to Defendant Fernando Baca at 12014 Paseo Antiguo Drive, El Paso, TX 79936 or at his last known address.

**SIGNED** this 14 day of **May 2025**.

_____
**HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**